CHIEF JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-0410RSL |
| Plaintiff, | |
| vs. | ORDER FOR CONTINUANCE OF TRIAL AND RELATED MATTERS |
| HARLAN PHILIP JAMES, | |
| Defendant. | |

Upon consideration of the parties' Stipulated Motion for Continuance of Trial Date and Related Matters, and the defendant's agreement to continue the trial date until February 13, 2006 (or up to February 17, 2006, if a later date is scheduled),

THE COURT NOW FINDS that pursuant to Title 18, U.S.C. § 3161(h)(8)(A) and § 3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to February 13, 2006 (or up to February 17, 2006, if a later date is selected), outweigh the best interests of the public and the defendant in a speedy trial, in that, as set forth in the parties' Stipulation, it has been demonstrated that (1) the parties have acted with due diligence in an effort to be prepared for a trial on December 19, 2005; (2) defense counsel has demonstrated that he needs an additional two months to adequately prepare for trial by conducting witness

(PROPOSED) ORDER FOR CONTINUANCE
OF TRIAL & RELATED MATTERS
(*HARLAN PHILIP JAMES*) – CR05-0410RSL –         1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  interviews and other investigation; (3) while the crime charged is not a complex offense, the
2  defense investigation is logistically difficult and time consuming because some witnesses to
3  the alleged incident have not yet been identified, all of the witnesses are located on the
4  Lummi Indian Reservation, which is a substantial distance from counsel's office in Seattle,
5  and it will take a number of investigative trips to the Lummi Indian Reservation to identify,
6  locate and obtain interviews with relevant witnesses to this case; (4) the investigation is
7  further complicated by the fact that it appears that some of the individuals who were witnesses
8  to the event may have been intoxicated at the time of the event.

9  IT IS THEREFORE ORDERED that the trial in this matter is continued until February
10  13, 2006.

11  IT IS FURTHER ORDERED that any pretrial motions be filed by January 19, 2006,
12  with any response due on January 26, 2006.

13  IT IS FURTHER ORDERED that for the purposes of computing the time limitations
14  imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from
15  December 19, 2005, up to and including February 13, 2006 (or up to February 17, 2006, if a
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

(PROPOSED) ORDER FOR CONTINUANCE
OF TRIAL & RELATED MATTERS
(*HARLAN PHILIP JAMES*) – CR05-0410RSL –         2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1 later date is scheduled), is excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
2 (h)(8)(B)(iv).

3     DATED this 9th day of December, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Michael Filipovic
WSBA No. 12319
Assistant Federal Public Defender
Attorney for Harlan Philip James
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100, Fax (206) 553-0120
Michael_Filipovic@fd.org

*Agreed to by stipulation, notice of presentment waived, signature approved per telephone authorization:*

s/ Carl Blackstone
Assistant United States Attorney

(PROPOSED) ORDER FOR CONTINUANCE OF TRIAL & RELATED MATTERS
(*HARLAN PHILIP JAMES*) – CR05-0410RSL – 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**