UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-0410RSL |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER FOR CONTINUANCE OF TRIAL AND RELATED MATTERS |
| HARLAN PHILIP JAMES, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Upon consideration of the parties' Second Stipulated Motion for Continuance of Trial

and Related Matters, and the defendant's agreement to continue the trial date until May 1,

2006,

THE COURT NOW FINDS that pursuant to Title 18, U.S.C. § 3161(h)(8)(A) and §

3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to May 1,  2006,

outweigh the best interests of the public and the defendant in a speedy trial, in that, as set

forth in the parties' Stipulation, it has been demonstrated that (1) the parties have acted with

due diligence in an effort to be prepared for a trial on February 13, 2006; (2) defense counsel

has demonstrated that he needs until May 1, 2006, to adequately prepare for trial by

conducting social history interviews, additional interviews of witnesses to the events, and

 (PROPOSED) ORDER FOR CONTINUANCE
OF TRIAL & RELATED MATTERS
(*HARLAN PHILIP JAMES*) – CR05-0410RSL –                1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  mental state evaluation of Mr. James;  (3)  while the crime charged is not a complex offense,

2  the defense investigation is logistically difficult and time consuming because some witnesses

3  to the alleged incident have not yet been identified, all of the witnesses are located on the

4  Lummi Indian Reservation, which is a substantial distance from counsel's office in Seattle,

5  and it will take a number of investigative trips to the Lummi Indian Reservation to identify,

6  locate and obtain interviews with relevant witnesses to this case; (4) the investigation is

7  further complicated by the fact that it appears that some of the individuals who were witnesses

8  to the event may have been intoxicated at the time of the event; (5) most specifically, since the

9  date of the first continuance order, defense investigation has revealed that Mr. James' mental

10 state both before and at the time of the offense is a critical aspect of effectively representing

11 Mr. James, both for trial preparation and for his preparation of negotiation with the

12 government concerning a proper resolution of this case.

13         IT IS THEREFORE ORDERED that the trial in this matter is continued until May 1,

14 2006.

15         IT IS FURTHER ORDERED that any pretrial motions be filed by March 30, 2006.

16         IT IS FURTHER ORDERED that for the purposes of computing the time limitations

17 imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

(PROPOSED) ORDER FOR CONTINUANCE
OF TRIAL & RELATED MATTERS
(*HARLAN PHILIP JAMES*) – CR05-0410RSL –         2

1   February 13, 2006, up to May 1, 2006, is excludable time pursuant to 18 U.S.C.

2   §§ 3161(h)(8)(A) and (h)(8)(B)(iv).

3           DATED this 1st day of February, 2006.

4

5                                          _Mrt S Lasnik_

6                                          Robert S. Lasnik
                                           United States District Judge
7   Presented by:

8

9   s/ Michael Filipovic
    WSBA No. 12319
10  Assistant Federal Public Defender
    Attorney for Harlan Philip James
11  Federal Public Defender's Office
    1601 Fifth Avenue, Suite 700
12  Seattle, WA 98101
    Tel. (206) 553-1100, Fax (206) 553-0120
13  Michael_Filipovic@fd.org

14

15  *Agreed to by stipulation, notice of presentment waived,*
    *signature approved per telephone authorization:*
16

17  s/ Carl Blackstone
    Assistant United States Attorney
18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER FOR CONTINUANCE                    **FEDERAL PUBLIC DEFENDER**
OF TRIAL & RELATED MATTERS                          **1601 Fifth Avenue, Suite 700**
(*HARLAN PHILIP JAMES*) – CR05-0410RSL –      3     **Seattle, Washington   98101**
                                                    **(206) 553-1100**