UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLAN P. JAMES, )<br>)<br>Defendant. )<br>_____ ) | Case No.  CR05-0410-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 27, 2007.  The United States was represented by Assistant United States Attorney Mr. Carl Blackstone, and the defendant by Mr. Michael Filipovic.  The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Assault Resulting in Serious Bodily Injury.  On or about November 16, 2006, defendant was sentenced by the Honorable Robert S. Lasnik to a term of five years probation.

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed.  These special conditions included, but were not limited to, substance-abuse

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

treatment program participation, financial disclosure, consent to search, alcohol abstinence, no contact with the victim, and 40 hours of community service.

In a Petition for Warrant or Summons for Offender Under Supervision dated June 4, 2007, Mr. Jerrod Akins, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1)  Committing the crime of assault in the 4th degree, in violation of the general condition that he not commit another federal, state, or local crime.

(2)  Consuming alcohol on May 25, 2007, in violation of the special condition that he abstain from the use of alcohol.

(3)  Having contact with Anthony Ray Jackson, a convicted felon, without the permission of the probation officer, in violation of standard condition number 9.

(4)  Having contact with Krystal Nicole Hecock, a convicted felon, without the permission of the probation officer, in violation of standard condition number 9.

(5)  Associating with a person engaged in criminal activity, Calvin Ralph James, in violation of standard condition number 9.

(6)  Failing to complete 40 hours of community service, in violation of the special condition that he complete 40 hours of community service.

The defendant was advised of the allegations and advised of his rights.  Defendant admitted to violations 3, 4, and 5, and waived any rights to an evidentiary hearing as to whether they occurred.  Alleged violations 1, 2, and 6, were withdrawn and dismissed by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation numbers 3, 4, and 5, and that the Court conduct a hearing limited to disposition.  A disposition hearing on these violations will be set before the Honorable Robert S. Lasnik at a date and time to be determined.

Pending a final determination by the Court, the defendant has been released, subject

to the terms of his supervision, plus additional terms of a Sobrietor and a curfew.

DATED this 27th day of June, 2007.

                                                                               */s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          The Hon. Robert S. Lasnik
      AUSA:                   Mr. Carl Blackstone
      Defendant's attorney:  Mr. Michael Filipovic
      Probation officer:     Mr. Jerrod Akins

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3