01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,        )
                                     )   CASE NO.  CR05-0410-RSL
09          Plaintiff,               )
                                     )
10          v.                       )   SUMMARY REPORT OF U.S.
                                     )   MAGISTRATE JUDGE AS TO
11  HARLAN P. JAMES,                 )   ALLEGED VIOLATIONS
                                     )   OF SUPERVISED RELEASE
12          Defendant.               )
    _____  )
13

14          An evidentiary hearing on supervised release revocation in this case was scheduled before

15  me on December 2, 2010.  The United States was represented by AUSA Carl H. Blackstone and

16  the defendant by Michael Filipovic.  The proceedings were digitally recorded.

17          Defendant had been sentenced on or about November 16, 2006 by the Honorable Robert

18  S. Lasnik on a charge of Assault Resulting in Serious Bodily Injury, and sentenced to 5 years

19  probation. (Dkt. 40.)

20          The conditions of probation included the standard conditions plus the requirements that

21  defendant participate in drug testing and treatment, abstain from alcohol, submit to search,

22  participate in a mental health program, complete 40 hours of community service, provide his

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  probation officer with access to financial information upon request, and have no direct or indirect

02  contact with the victim without the permission of his probation officer.

03        Defendant's probation officer reported on March 1, 2007 that defendant had violated the

04  conditions of supervision by associating with a person engaged in criminal activity, and failing

05  to report contact with law enforcement within 72 hours.  The defendant was counseled and

06  corrective action was taken.  No further action was taken at the time.  (Dkt. 41.)

07        On June 27, 2007, defendant admitted violating the conditions of supervision by having

08  contact with several convicted felons and a person engaged in criminal activity. (Dkt. 46.)  The

09  conditions of probation were modified to require the defendant to participate in electronic home

10  monitoring and Sobrietor for 180 days. (Dkt. 52, 53.)

11        On July 28, 2009, defendant was found to have violated the conditions of supervision by

12  possessing and distributing cocaine on several occasions, by failing to report as instructed for

13  drug treatment, by associating with a person engaged in criminal activity, and by associating with

14  a convicted felon. (Dkt. 66.)  Defendant was sentenced to 10 months in custody, and supervised

15  release for two years. (Dkt. 79.)

16        In an application dated October 26, 2010 (Dkt. 82-84), U.S. Probation Officer Jerrod

17  Akins alleged the following violations of the conditions of supervised release:

18        1.    Consuming marijuana on or before August 19, 2010, in violation of standard

19  condition No. 7.

20        2.    Consuming marijuana on or before September 14, 2010, in violation of standard

21  condition No. 7.

22        3.    Consuming marijuana on or before October 7, 2010, in violation of standard

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  condition No. 7.

02      4.      Consuming marijuana on or before October 13, 2010, in violation of standard

03  condition No. 7.

04      Defendant was advised in full as to those charges and as to his constitutional rights.

05      Defendant admitted the alleged violations and waived any evidentiary hearing as to

06  whether they occurred. (Dkt. 87.)

07      I therefore recommend the Court find defendant violated his supervised release as alleged,

08  and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

09  set before Judge Lasnik.

10      Pending a final determination by the Court, defendant has been released on the conditions

11  of supervision.

12      DATED this 2nd day of December, 2010.

13

14      Mary Alice Theiler
        United States Magistrate Judge

15

16  cc:    District Judge:        Honorable Robert S. Lasnik
17         AUSA:                  Carl H. Blackstone
           Defendant's attorney:  Michael Filipovic
18         Probation officer:     Jerrod Akins

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3